15-0719

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION - AKRON

| | |
|---|---|
| In re | **Chapter 13 Bankruptcy** |
| **John Joseph Marks**<br>**Roxanne Marie Marks** | Case No. 15-52082 |
| | Judge: ALAN M. KOSCHIK |
| **Debtors** | **NOTICE OF WITHDRAWAL OF**<br>**OBJECTION TO CONFIRMATION**<br>**OF CHAPTER 13 PLAN OF DEBTORS** |

Now comes The Huntington National Bank, a secured creditor herein, by and through its attorney, Phyllis A. Ulrich, and hereby withdraws the Objection to Confirmation of Chapter 13 Plan it filed in this case on September 10, 2015 (Docket No. 17).

    Respectfully submitted,

*/s/ Phyllis A. Ulrich*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By: Phyllis A. Ulrich (0055291)
     Christopher P. Kennedy (0074648)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
216-360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for:
The Huntington National Bank

# CERTIFICATE OF SERVICE

I certify that on February 19, 2016, a true and correct copy of The Huntington National Bank's Notice of Withdrawal of Objection to Confirmation of Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Marc E. Dann, on behalf of John Joseph Marks and Roxanne Marie Marks, Debtors, at mdann@dannlaw.com

Keith Rucinski, on behalf of the Chapter 13 Trustee's office at efilings@ch13akron.com

Office of the United States Trustee, at (registered address)@usdoj.gov

Daniel C. Wolters, on behalf of Woods Cove III, LLC, at dcwolters@manleydeas.com

And by regular U.S. Mail, postage paid, on:

John Joseph Marks and Roxanne Marie Marks, at, 105 Heights Avenue, Northfield, OH 44067

Nathan Kohler, on behalf of creditor, Ocwen Loan Servicing, LLC at 2401 Stanley Gault Parkway, Louisville, KY  40223

*/s/ Phyllis A. Ulrich*
Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.
By:  Phyllis A. Ulrich
     Christopher P. Kennedy